IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| RONTAVIS DAVIS, | : | |
| Petitioner, | : | |
| VS. | : | **Criminal Case No.** |
| | : | 1 : 18-CR-18 (LAG) |
| UNITED STATES OF AMERICA, | : | |
| | : | **28 U.S.C. § 2255 Case No.** |
| Respondent. | : | 1 : 22-CV-112 (LAG) |

## ORDER

Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255, filed on July 18, 2022, is before this Court for preliminary consideration as required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts. (Doc. 66). After preliminary examination of Petitioner's Motion, it is unclear whether the Motion is subject to summary dismissal under Rule 4.

WHEREFORE, the United States Attorney is hereby ordered to file an Answer or other responsive pleadings pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, addressing Petitioner's claims within sixty (60) days of the date of this Order.

**SO ORDERED**, this 19th day July, 2022.

s/ *Thomas Q. Langstaff*
UNITED STATES MAGISTRATE JUDGE